DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PORT BELLEAIR NO. 4, INC., A CONDOMINIUM,
a Florida Condominium Association,

Appellant,

v.

MARNI MARKELL; LEONIDHA LIKAJ and
ELANA LIKAJ,

Appellees.

No. 2D2024-2050
_____

December 12, 2025

Appeal from the Circuit Court for Pinellas County; William Douglas Baird, Judge.

Scott A. Cole and Francesca M. Stein of Cole, Scott & Kissane, P.A., Miami, for Appellant.

Charles M. Schropp of Schropp Law Firm, P.A., Tampa, for Appellee Marni Markell.

Richard W. Ervin and Matthew E. Linsky of Bleakly Bavol Denman & Grace, Tampa, for Appellees Leonidha and Elana Likaj.


PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.

—————————————————————

Opinion subject to revision prior to official publication.